IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

__Elyse J. Reid__ )
_____ )
_____ )
Name of Plaintiff(s) )
 ) Case No. __3 16 2782__
v. ) (To be assigned by Clerk)
__Rooms To Go Tennessee__ )
__Corp.__ )
_____ )
Name of Defendant(s) )

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them): __Rooms To Go Tennessee Corp Stole my Identity, fraud was committed after that__

2. Plaintiff, __Elyse J. Reid__ resides at __P.O. Box 371   Brentwood, TN 37024__
   Street address / City
   __Davidson__, __TN__, __37024__, _____,
   County    State    Zip Code    Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)

   _____
   _____
   _____

3. Defendant, __Rooms To Go Tennessee Corp__ resides at __8103 Moores Lane__ __Brentwood, TN.__
   Street address / City
   __Williamson__, __Tennessee__ __37027__ __615-373-4144__
   County / State / Zip Code / Telephone Number

   (If more than one defendant, provide the same information for each defendant below.)

   _____
   _____
   _____

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

   My case is about Corporate Identity Theft. Rooms To Go Tennessee Corp stole my identity. They took that stolen identity and placed an illegal false item on my credit report. Rooms To Go has no contract, receipt or anything showing where I purchased anything. They placed two checks on my credit report showing where I pd on this illegal account. They have no check numbers no bank where the checks were drawn on. They committed perjury stating they did not know Geerb/ Rooms To Go, when all they did was change their name.

5. Prayers for Relief (List what you want to Court to do):

   a. Review my case, please

   b. Find the contract or receipt where I purchased anything - account number (60191921380

   c. Find checks for $449.00 and $450.00 that they say I pd on this account

   d. They stated I never asked the (CRA) to do a dispute of this account please find that dispute in my Exhibits

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 24th day of October, 2016.

*Elyse J. Reid*

(Signature of Plaintiff(s))